## BLAIKIE *v.* POWER ET AL., CONSTITUTING BOARD OF ELECTIONS, CITY OF NEW YORK, ET AL.

No. 617.  Decided January 13, 1964.

*Harry H. Lipsig* for appellant.

*Leo A. Larkin, Seymour B. Quel* and *Joel L. Cohen* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## PENNINGTON ET AL. *v.* CITY OF CORPUS CHRISTI ET AL.

No. 621.  Decided January 13, 1964.

*Sidney P. Chandler* for appellants.

*I. M. Singer* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.